Benjamin Kristy, Appellee, v. Eagle Indemnity Company and Federal Union Insurance Company, Appellants.

Gen. No. 44,404. 

opinion filed November 1, 1948; released for publication November 16, 1948. Dwork & Epton, for appellants; Walter E. Moss, of counsel; Alfred M. Loeser, for appellee. Opinion by JUSTICE NIEMEYER. Not to be published in full.

City of Chicago, Appellee, v. Elizabeth Gilbert, Appellant.

Gen. No. 44,473. 

opinion filed November 1, 1948; released for publication November 16, 1948. Louis L.

Gould and Stephen Lee, for appellant; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, Louis H. Geiman and Harry Markin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.

## City of Chicago, Appellee, v. Elizabeth Gilbert, Appellant.

**Gen. No. 44,474.**

opinion filed November 1, 1948; released for publication November 16, 1948. Louis L. Gould and Stephen Lee, for appellant; Benjamin S. Adamowski, Corporation Counsel, for appellee; L. Louis Karton, Head of Appeals and Review Division, Louis H. Geiman, and Harry Markin, Assistant Corporation Counsel, of counsel. Opinion by JUSTICE NIEMEYER. Not to be published in full.

## Sophie Marnik et al., Appellants, v. Northwestern Packing Company et al., Appellees.

**Gen. No. 44,520.**